JOHN J. CARLE, as Executor of JOHN J. CARLE, JR., Plaintiff, *v.* GEORGE B. STARRETT et al., Defendants.

ROBERT W. CARLE et al., Respondents; GEORGE B. STARRETT, as Executor of GEORGE STARRETT, Deceased, and as Committee of FREDERICK W. STARRETT, Appellant.

Reported below, 97 App. Div. 639.
(Submitted February 20, 1905; decided February 28, 1905.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered October 26, 1904, which affirmed an order of Special Term overruling certain exceptions of the appellant herein to the report of a referee in surplus money proceedings and directing distribution.

The motion was made upon the ground that the appeal was without merit and not taken in good faith, but solely for purposes of delay.

*William H. Willits* for motion.

*Jacob R. Shipherd* opposed.

Motion denied, without costs.